# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF TEON MARIA, LLC, et al** | **CIVIL ACTION** |
| | **NO: 10-2828-CJB-SS** |

## ORDER

CLAIMANTS' MOTION TO QUASH (Rec. doc. 64)

**GRANTED IN PART AND DENIED IN PART**

The petitioners in limitation, Teon Maria, LLC and Denet Towing Service, Inc., served subpoenas on cell phone carriers for the records of the claimants in limitation, Joel Merrick and Gregory Vaughn, and the wife of Gregory Vaughn for the period from June 20, 2010, the date of the accident, to the present. The subpoenas are returnable on October 31, 2011. Rec. doc. 64 (Exhibits A-E). The claimants contend that the subpoenas were issued for the purpose of harassment and the records are not relevant to the claims of the parties. The petitioners respond that the records are relevant to issues of collusion between Merrick and Vaughan, impeachment, and the reporting of their injuries. The petitioners report that Gregory Vaughn used his wife's cell phone for these same purposes.

The cell phone records are relevant to the parties' claims and defenses. The period sought by the petitioners is too long. Even their offer to reduce it to the eight months following the accident is too long. It will be reduced to June 20, 2010 through August 31, 2010.

IT IS ORDERED that: (1) the claimants' motion to quash (Rec. doc. 64) is GRANTED in PART and DENIED; and (2) the time period for the subpoenas is limited to June 20, 2010 through August 31, 2010.

New Orleans, Louisiana, this 28th day of October, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**